**Tina M. RANDOLPH, Plaintiff–Appellant–Cross Appellee**

v.

**DIMENSION FILMS; Miramax Film Corp.; Sony Pictures Entertainment, Inc.; Buena Vista Home Entertainment, Inc.; Columbia Pictures; The Walt Disney Co.; Troublemaker Studios; Robert Rodriguez; R.M. Rodriguez, by Parent and Next Friend, Robert Rodriguez; Elizabeth Avellan; John Doe(s) 1–999, Defendants–Appellees–Cross Appellants**

**John Doe(s) 1–999, Defendant–Appellee.**

No. 09–20495.

United States Court of Appeals, Fifth Circuit.

June 16, 2010.

Michael Alan Choyke, Wright Brown & Close, Houston, TX, for Plaintiff–Appellant–Cross Appellee.

Tanya Lynn Chaney, Locke, Lord, Bissell & Liddell, L.L.P., Houston, TX, Roy W. Hardin, Locke, Lord, Bissell & Liddell, L.L.P., Dallas, TX, for Defendants–Appellees–Cross Appellants.

Before HIGGINBOTHAM, DAVIS, and BENAVIDES, Circuit Judges.

PER CURIAM: *

We affirm for essentially the reasons stated by the trial judge.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.